# EXHIBIT A

# Maricela Rodriguez

| | |
|---|---|
| **From:** | Adam Kleinberg |
| **Sent:** | Friday, March 11, 2022 8:14 AM |
| **To:** | Corey Ribotsky; Kevin P. Krupnick |
| **Cc:** | Aaron Smallets |
| **Subject:** | RE: Vlahopoulos et al v. Roslyn Union Free School District |

Sorry, I should have added plaintiff agreed to supplement the discovery responses by March 25, 2022.

**Adam I. Kleinberg**
SOKOLOFF STERN LLP
179 Westbury Ave.
Carle Place, NY 11514
P: (516) 334-4500 x109
F: (516) 334-4501
C: (631) 626-6745
sokoloffstern.com

**From:** Adam Kleinberg
**Sent:** Friday, March 11, 2022 8:12 AM
**To:** 'Corey Ribotsky' <cribotsky@krupnickfirm.com>; Kevin P. Krupnick <kpkrupnick@krupnickfirm.com>
**Cc:** Aaron Smallets <asmallets@sokoloffstern.com>
**Subject:** Vlahopoulos et al v. Roslyn Union Free School District

Kevin,

This confirms what we discussed during our meet and confer session held by phone yesterday, March 10, 2022.

While the last court order allowed us to move for costs if plaintiff did not produce initial disclosures by March 7th, as a courtesy we agreed to hold off and give you until the end of the day today, March 11, 2022, to provide them. If we do not receive them today, we will be filing a motion.

As far as plaintiff's discovery responses, plaintiff agrees to supplement those responses as outlined in defendants' February 28, 2022 good faith letter.

To the extent plaintiff has issues with defendants' discovery responses, plaintiff will first put them in a good faith letter and defendants will then respond accordingly and we can hold another meet and confer, if needed.

Thanks and have a nice weekend.

Adam

**Adam I. Kleinberg**
SOKOLOFF STERN LLP
179 Westbury Ave.
Carle Place, NY 11514
P: (516) 334-4500 x109
F: (516) 334-4501

C: (631) 626-6745
sokoloffstern.com

**From:** Corey Ribotsky <cribotsky@krupnickfirm.com>
**Sent:** Thursday, March 10, 2022 3:05 PM
**To:** Adam Kleinberg <akleinberg@sokoloffstern.com>; Kevin P. Krupnick <kpkrupnick@krupnickfirm.com>
**Cc:** Aaron Smallets <asmallets@sokoloffstern.com>
**Subject:** RE: Vlahopoulos et al v. Roslyn Union Free School District

Adam

Kevin is stuck on an emergency with a client. Can you give you give him about a half hour.

Best Regards,

Corey Ribotsky, NCPM
Chief Adminisrtative Officer
Director of Alternative Dispute Resolution and Mediation
The Krupnick Firm
56 Hammond Road
Glen Cove, New York 11542
Phone: 844.741.7800 x 102
Fax: 516.759.0610

**From:** Adam Kleinberg <akleinberg@sokoloffstern.com>
**Sent:** Thursday, March 10, 2022 3:03 PM
**To:** Kevin P. Krupnick <kpkrupnick@krupnickfirm.com>
**Cc:** Corey Ribotsky <cribotsky@krupnickfirm.com>; Aaron Smallets <asmallets@sokoloffstern.com>
**Subject:** RE: Vlahopoulos et al v. Roslyn Union Free School District

Kevin,

Got your voicemail at the office and on your cell. Your voicemail is full on your cell. Please call me at 516-334-4500.

**Adam I. Kleinberg**
**SOKOLOFF STERN LLP**
179 Westbury Ave.
Carle Place, NY 11514
P: (516) 334-4500 x109
F: (516) 334-4501
C: (631) 626-6745
sokoloffstern.com

**From:** Kevin P. Krupnick <kpkrupnick@krupnickfirm.com>
**Sent:** Tuesday, March 8, 2022 10:23 AM
**To:** Adam Kleinberg <akleinberg@sokoloffstern.com>
**Cc:** Corey Ribotsky <cribotsky@krupnickfirm.com>; Aaron Smallets <asmallets@sokoloffstern.com>
**Subject:** Re: Vlahopoulos et al v. Roslyn Union Free School District

3 pm is fine

Kevin P. Krupnick, Esq.
The Krupnick Firm
56 Hammond Road
Glen Cove, New York 11542
516-592-2820

---

**From:** Adam Kleinberg <akleinberg@sokoloffstern.com>
**Sent:** Tuesday, March 8, 2022 7:57:38 AM
**To:** Kevin P. Krupnick <kpkrupnick@krupnickfirm.com>
**Cc:** Corey Ribotsky <cribotsky@krupnickfirm.com>; Aaron Smallets <asmallets@sokoloffstern.com>
**Subject:** RE: Vlahopoulos et al v. Roslyn Union Free School District

Kevin,

I have a conflict at 2 pm on 3/10. Can we speak at 3 pm that day instead?

**Adam I. Kleinberg**
**SOKOLOFF STERN LLP**
179 Westbury Ave.
Carle Place, NY 11514
P: (516) 334-4500 x109
F: (516) 334-4501
C: (631) 626-6745
sokoloffstern.com

---

**From:** Adam Kleinberg
**Sent:** Tuesday, March 1, 2022 2:26 PM
**To:** 'Kevin P. Krupnick' <kpkrupnick@krupnickfirm.com>
**Cc:** Corey Ribotsky <cribotsky@krupnickfirm.com>
**Subject:** RE: Vlahopoulos et al v. Roslyn Union Free School District

Thanks, Kevin. 3/10 at 2 pm works. I think we can do this by phone. Ok?

Adam

**Adam I. Kleinberg**
**SOKOLOFF STERN LLP**
179 Westbury Ave.
Carle Place, NY 11514
P: (516) 334-4500 x109
F: (516) 334-4501
C: (631) 626-6745
sokoloffstern.com

---

**From:** Kevin P. Krupnick <kpkrupnick@krupnickfirm.com>
**Sent:** Tuesday, March 1, 2022 10:02 AM
**To:** Adam Kleinberg <akleinberg@sokoloffstern.com>
**Cc:** Corey Ribotsky <cribotsky@krupnickfirm.com>
**Subject:** Re: Vlahopoulos et al v. Roslyn Union Free School District

Adam,

I will respond to issues raised in your correspondence under separate cover, as I am crunched for time today. But regarding meet and confer, lets schedule 3/10 2pm or 3/11 2pm at your office, if that works for you. Should you want to discuss by phone, I will be available after 4pm.

VTY,
Kevin Krupnick, Esq
The Krupnick Firm
56 Hammond Rd
Glen Cove NY 11542
516-592-2820  Mobile
866-741-7800 Tel
516-801-1319 Fax
www.krupnickfirm.com

> On Mar 1, 2022, at 9:22 AM, Corey Ribotsky <cribotsky@krupnickfirm.com> wrote:
>
>
> Best Regards,
>
> Corey Ribotsky, NCPM
> Chief Administrative Officer
> Director of Alternative Dispute Resolution and Mediation
> The Krupnick Firm
> 56 Hammond Rd
> Glen Cove,  NY 11542
> Phone:  844.741.7800 x 102
> Fax:  516-759-01610
>
> ---
>
> **From:** Adam Kleinberg <akleinberg@sokoloffstern.com>
> **Sent:** Monday, February 28, 2022 3:54 PM
> **To:** kkrupnick@krupnickfirm.com
> **Cc:** Aaron Smallets <asmallets@sokoloffstern.com>; Corey Ribotsky <cribotsky@krupnickfirm.com>
> **Subject:** Vlahopoulos et al v. Roslyn Union Free School District
>
> Kevin,
>
> Please see the attached good faith letter.
>
> Adam
>
> **Adam I. Kleinberg**
> **SOKOLOFF STERN LLP**
> 179 Westbury Ave.
> Carle Place, NY 11514
> P: (516) 334-4500 x109
> F: (516) 334-4501
> C: (631) 626-6745
> sokoloffstern.com

**From:** Adam Kleinberg
**Sent:** Monday, February 28, 2022 3:05 PM
**To:** 'kkrupnick@krupnickfirm.com' <kkrupnick@krupnickfirm.com>; 'kpkkrupnicklaw@optonline.net' <kpkkrupnicklaw@optonline.net>
**Cc:** Aaron Smallets <asmallets@sokoloffstern.com>
**Subject:** FW: Activity in Case 2:21-cv-00063-ARL Vlahopoulos et al v. Roslyn Union Free School District et al Order on Motion to Dismiss/Lack of Prosecution

Kevin,

As per the court order, please advise when you will be available for a meet and confer phone call regarding plaintiff's discovery responses.

I am available on 3/2/22 from 9 am to 1 pm. I am then away for a few days on vacation. I am then available on 3/8/22 from 9-11 a.m. and 3-6 pm. I am available on 3/10/22 from 2 pm on. I am available on 3/11 from 9-5. Please advise what date and time works for you. This is a good faith attempt to resolve this without additional judicial intervention.

Thanks.

Adam

**Adam I. Kleinberg**
SOKOLOFF STERN LLP
179 Westbury Ave.
Carle Place, NY 11514
P: (516) 334-4500 x109
F: (516) 334-4501
C: (631) 626-6745
sokoloffstern.com

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Monday, February 28, 2022 1:39 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:21-cv-00063-ARL Vlahopoulos et al v. Roslyn Union Free School District et al Order on Motion to Dismiss/Lack of Prosecution


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/28/2022 at 1:38 PM EST and filed on 2/28/2022

**Case Name:** Vlahopoulos et al v. Roslyn Union Free School District et al
**Case Number:** 2:21-cv-00063-ARL
**Filer:**
**Document Number:** 50

**Docket Text:**
**ORDER re [45]: See the attached Order for details. Ordered by Magistrate Judge Arlene R. Lindsay on 2/28/2022. c/ecf (Imrie, Robert)**

**2:21-cv-00063-ARL Notice has been electronically mailed to:**

Adam I. Kleinberg    akleinberg@sokoloffstern.com

Lewis R. Silverman    lsilverman@silvermanandassociatesny.com, lewsilverman1@gmail.com

Jeffrey Howard Klarsfeld    jklarsfeld@plattelaw.com

Kevin P Krupnick    kkrupnick@krupnickfirm.com, kpkkrupnicklaw@optonline.net

**2:21-cv-00063-ARL Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/28/2022] [FileNumber=16628542-0]
[6c61790e2d1249326cc0ad1e30ce8482babf1ffde565280ced67a25d6b594de9a690
05092843552ffd55afb5ac620974480511837f79414ec525b379811e7dc8]]