# EXHIBIT B

| | |
|---|---|
| **From:** | Corey Ribotsky |
| **To:** | Adam Kleinberg |
| **Cc:** | Kevin P. Krupnick |
| **Subject:** | HIPPA Forms - Vlahopolous v. Roslyn et al |
| **Date:** | Monday, March 14, 2022 4:35:22 PM |
| **Attachments:** | doc09545820220314143646.pdf |

Counselor Kleinberg,

Attached please find the executed HIPPA Forms for Athansios Vlahopolous

Best Regards,

Corey Ribotsky, NCPM
Chief Administrative Officer
Director of Alternative Dispute Resolution and Mediation
The Krupnick Firm
56 Hammond Rd
Glen Cove,  NY 11542
Phone:  844.741.7800 x 102
Fax:  516-759-01610