

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

May 2, 2022

**VIA ECF FILING**

Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722-4451

        Re:    *Vlahopoulos v. Roslyn Union Free School Dist., et al.*
               Docket No. 21-cv-00063 (ARL)

Dear Magistrate Judge Lindsay:

      We represent defendants Roslyn Union Free School District, Scott Andrews, and Christopher Roth. We write to provide a status report in compliance with the Court's directive in the April 14, 2022 Court Order. (Docket Entry No. 53.)

      Plaintiff and his counsel failed comply with both directives in the Court's last order. Plaintiff failed to provide initial disclosures by the deadline of April 27, 2022, while plaintiff's counsel failed to file a certificate of service showing service of the Order on his client.

      We respectfully submit that the Court should dismiss this action for plaintiff's failure to prosecute and comply with Court directives regarding discovery obligations.

      Thank you for the consideration of this matter.

                                              Respectfully submitted,

                                              **SOKOLOFF STERN LLP**

                                              Adam I. Kleinberg

cc:    All counsel of record (via ECF)