# EXHIBIT A

Page 53

1       Athanasios Vlahopoulos
2   threatened at first.  Like we were kind of scared.
3   But then he really did.  So like that's what really
4   scared us.  He really tried to run us over.
5       Q   Did you come to learn why Dean Roth
6   called you down?
7       A   He never called me down.
8       Q   I'm sorry.
9           Dean Roth sees you in the hallway and
10  he brings you to his office, right?
11      A   Yeah.
12      Q   What did he say to you when he brings
13  you inside his office?
14      A   He said, you posted a video of him
15  threatening to run over you and Jake, or whatever,
16  and like that I put a mean caption about it.  But it
17  wasn't like really anything.
18      Q   Did he show you the video?
19      A   Yeah.
20          And then I was like, Mr. Roth, you
21  could hear him threatening to run us over.  He was
22  really threatening to kill us.
23          And then Mr. -- he had tried to run me
24  over before I got suspended.  Because I remember
25  telling Mr. Roth, Mr. Roth, he actually tried to run

Page 54

1       Athanasios Vlahopoulos
2   me over.
3           And he was -- he told me that that's
4   not his problem and that I should do something with
5   the police.  Which is not true at all.
6       Q   Had you gone to the police yet?
7       A   At that time I don't think so.  I
8   didn't really know what to do.
9       Q   When you talk about Detective Reyes,
10  you hadn't been to Detective Reyes --
11      A   Until after I was suspended and
12  everything.
13      Q   If the party was Saturday or Sunday,
14  and the suspension was Tuesday, when was the
15  incident where he tried to run you over?
16      A   He threatened us on Monday.  I'm trying
17  to remember.  I don't know, I could probably find it
18  somewhere but --
19      Q   Did Dean Roth indicate to you that you
20  were suspected of possessing drug paraphernalia?
21      A   He did.  And he had no reasonable
22  cause.  I don't know why he suspected that.
23      Q   But did he indicate to you --
24      A   Yeah.  And he strip searched me.
25      Q   He strip searched you?

Page 55

1       Athanasios Vlahopoulos
2       A   Yeah.  He made me take off my hoodie.
3   He made me take off my shoes and socks.
4       Q   You were wearing a hoodie at the time?
5       A   Yeah.
6       Q   What were you wearing under the hoodie
7   sweatshirt?
8       A   A T-shirt.
9       Q   So he asked you to take off your
10  hoodie?
11      A   Yeah.
12      Q   Did he ask you to take off your
13  T-shirt?
14      A   He made me lift it (indicating).
15      Q   One question at a time.
16          Did he ask you to take off your
17  T-shirt?
18      A   No.
19      Q   Was there ever a time in his office
20  that you were not wearing the T-shirt?
21      A   No.
22      Q   And you said he asked you to lift up
23  your T-shirt?
24      A   Yeah.
25      Q   How high did he ask you to lift the

Page 56

1       Athanasios Vlahopoulos
2   T-shirt up?
3       A   Pretty high.  He wanted to see that I
4   didn't have anything like taped to me or something
5   like that, I guess, or maybe something stuck to my
6   belt.
7       Q   So he wanted to see your waistband?
8       A   Yeah.  I don't know.  Because it was
9   higher.  It was like --
10      Q   Was it above your nipples?
11      A   Maybe about there (indicating).
12      Q   Did he ask you to raise it to your
13  nipples, or you just brought it up that high?
14      A   No.  He was like, Raise your T-shirt.
15  So I raised it up.
16      Q   He just said, Raise your T-shirt?
17      A   Yeah.
18          I mean I think I raised it a little
19  bit.  But I remember the guy next to me mentioned
20  to me about stuff.  Like he kept saying stuff on
21  the side.
22      Q   Was there somebody else in the room
23  when that happened?
24      A   Yeah.  The head of security.  I don't
25  know his name but --

1    Athanasios Vlahopoulos
2    Q    Is it Keith?  Would that sound right?
3    A    I have no idea.
4    Q    What were you wearing as far as pants?
5    A    I was wearing my Roslyn -- it's a
6  Roslyn Middle School Athletics joggers.  And they
7  were tucked into my socks.
8    Q    Did he ask you to remove your joggers?
9    A    He made me raise them to my knees, or
10  above the knees.
11    Q    Did he ask you to pull up the bottom of
12  the pant leg?
13    A    Yeah.
14    Q    And he asked you to bring them up to
15  your knees?
16    A    Yeah.
17         He made me take off my Timberland
18  boots I was wearing at the time and to like pull my
19  socks down by my heel and like below my heel.
20    Q    Did you believe he was trying to see if
21  you had any drug paraphernalia on you?
22    A    I knew exactly what he was doing,
23  because I heard him yelling at Cole about it through
24  the window.  Like he did this when I was in that
25  room, like the detention room or whatever.

1    Athanasios Vlahopoulos
2    Q    When you say you knew exactly what he
3  was doing, what was he doing?
4    A    He was trying to find something on me.
5  Because I heard him yelling at Cole, If you don't
6  take the stuff out of your pockets, I'm going to
7  call the police.  And he started screaming, and Cole
8  was crying and stuff like that.
9    Q    Did he ask you to empty your pockets
10  like he had done the previous time?
11    A    Yeah.
12    Q    Did you empty your pockets like
13  elephant ears?
14    A    Yeah, in front of -- I did that in
15  front of the head of security, and then I took off
16  my hoodie in front of the head of security inside of
17  Mr. Roth's office.  Then I went back into the
18  detention room where he put me for -- after he found
19  stuff on Cole, he came in to the detention room and
20  was like, I think I found a trend for you.
21         I believe both Cole and Jake had
22  cartridges in their socks.  So I guess he tried to
23  get my socks off, which they were like halfway off
24  my foot, past my heel.
25    Q    So Cole and Jake both had Juul

1    Athanasios Vlahopoulos
2  cartridges?
3    A    No.  I think they were THC cartridges.
4    Q    They had THC cartridges in their socks,
5  but you did not?
6    A    I didn't have any.
7         Also Nathaniel had gotten in trouble
8  that same day, but for three days.
9    Q    Did you ever post any pictures on
10  social media of any THC cartridges?
11    A    Yeah -- no.  A box of one.
12    Q    A box of one?
13    A    A box of one.
14    Q    A box of one?
15    A    Yeah.  That wasn't mine.  I was like
16  with them when they were using it, and I posted it.
17    Q    And why did you post that online?
18    A    I don't know.  I thought it looked
19  cool.
20    Q    And what did you post it on?
21  Instagram?  Snapchat?  Something else?
22    A    I posted it on Snapchat.
23    Q    Did you write anything on it?
24    A    Not one thing.
25    Q    Did you write Roslyn Heights underneath

1    Athanasios Vlahopoulos
2  it?
3    A    I put a filter on Snapchat for like the
4  location, and it said Roslyn under it.
5    Q    Why did you put the location filter on?
6    A    It looked cool.  Why does anybody do
7  it?
8    Q    Who were you with at the time?
9    A    I think my brother and his friend.
10    Q    Is your brother older or younger?
11    A    Younger.
12    Q    What grade is your brother in?
13    A    He's about to be a junior.  A year
14  younger than me.
15    Q    Whose cartridge was it?
16    A    I believe it was his friend.  I don't
17  remember who his friend was.  It was like an Asian
18  kid.  I don't remember who, though.  I don't want to
19  give like any wrong names.
20    Q    What's your brother's name?
21    A    Steven.
22    Q    Does he live with you?
23    A    Yeah.
24    Q    Do you have any other siblings?
25    A    Yeah, my younger sister.