# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**    **ARLENE R. LINDSAY**     **DATE:** 7/27/2022
United States Magistrate Judge

**TIME:** 11:15 a.m.

**DOCKET NO:** 21-cv-00063-ARL

**CASE:** Vlahopoulos et al v. Roslyn Union Free School District et al

___ INITIAL CONFERENCE
_X_ STATUS CONFERENCE
_X_ SCHEDULING CONFERENCE     **BY TELEPHONE** _X_
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE
___ FAIRNESS HEARING

**APPEARANCES:**    **FOR PLAINTIFF:**    **FOR DEFENDANTS:**

Kevin P Krupnick    Adam I. Kleinberg

**The following rulings were made:**

    To date, notwithstanding prior orders of this court, the plaintiff has not provided initial disclosures or responded to outstanding requests for discovery. Plaintiff must provide initial disclosures and respond to all outstanding discovery requests by August 15, 2022. It is recommended that the parties meet and confer to review what discovery requests remain outstanding. Upon receipt of the discovery materials on August 15, the parties may submit any follow up demands for document discovery on or before August 31, 2022. The parties are further directed to submit a proposed deposition schedule on or before September 9, 2022. A final discovery schedule will be set by the court upon receipt of the proposed deposition schedule.

**SO ORDERED:**

/s/