UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATHANASIOS VLAHOPOULOS,

                Plaintiff,

v.

ROSLYN UNION FREE SCHOOL DISTRICT, SCOTT ANDREWS and CHRISTOPHER ROTH,

                Defendants.

**NOTICE OF APPEARANCE**

Docket No. 21-cv-00063 (ARL)

**PLEASE TAKE NOTICE** that AARON T. SMALLETS, an associate of the firm of SOKOLOFF STERN LLP, attorneys for defendants ROSLYN UNION FREE SCHOOL DISTRICT, SCOTT ANDREWS, and CHRISTOPHER ROTH, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
       December 13, 2022

**SOKOLOFF STERN LLP**
*Attorneys for Defendants*

By:   AARON T. SMALLETS
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 190172

To:   All counsel of record (via ECF)

1