UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHANASIOS VLAHOPOULOS, and ELIZABETH VLAHOPOULOS, as sole guardian of the infant minor ATHANASIOS VLAHOPOULOS, born on December 13, 2002.<br><br>Plaintiffs,<br><br>v.<br><br>ROSLYN UNION FREE SCHOOL DISTRICT, ALISON BROWN, SCOTT ANDREWS, CHRISTOPHER ROTH, FATEMEH PAZOOKI and MOSHEN PAZOOKI, both parties custodians of the infant minor ARSHAM PAZOOKI, LINDA ANN JANUSZEWSKI a/k/a LINDA HUTTER and DAVID HENRY JANUSZEWSKI, both parties custodians of the infant minor SARAH JANUSZEWSKI,<br><br>Defendants. | **AFFIDAVIT OF SERVICE**<br><br>Docket No. 21-cv-00063 |

STATE OF NEW YORK )
                                    ss:
COUNTY OF NASSAU )

Brooke Banfield, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Brentwood, New York.

That on April 6, 2023, deponent served the within **NOTICE OF MOTION, DECLARATION, SUPPORTING EXHIBITS A-Y, RULE 56.1 STATEMENT, and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** upon the following addresses designated by said attorneys for that purpose: The Krupnick Firm PC located at 56 Hammond Road, Glen Cove, NY 11542.

1

Service was completed by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*BBanfield*
BROOKE BANFIELD

Sworn to before me on
April 6, 2023

*Samantha Vélez*
NOTARY PUBLIC

SAMANTHA VÉLEZ
Notary Public, State of New York
No. 02VE6219411
Qualified in Nassau County
Commission Expires March 22, 2026