UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ATHANASIOS VLAHOPOULOS,

                        Plaintiff,          **NOTICE OF MOTION**

                                               Docket No. 21-cv-00063 (ARL)
                  v.

ROSLYN UNION FREE SCHOOL DISTRICT, SCOTT
ANDREWS, CHRISTOPHER ROTH,

                        Defendants.
-----------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, upon the declaration of Adam I. Kleinberg and the attached exhibits, the Rule 56.1 Statement of Material Facts, the accompanying memorandum of law, and upon all pleadings and proceedings heretofore had herein, defendants will move this Court before the Honorable Arlene R. Lindsay at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an Order: 1) pursuant to Fed. R. Civ. P. 56 awarding summary judgment in defendants' favor; 2) pursuant to Fed. R. Civ. P. 11(c) and 28 U.S.C. § 1927 issuing sanctions against plaintiff and his counsel and in favor of defendants; and 3) awarding defendants such other and further relief as this Court deems just, equitable, and proper.

       **PLEASE TAKE FURTHER NOTICE,** that defendants' Rule 11 motion is based on plaintiff's and his counsel's violation of Fed. R. Civ. P. 11(b) in that the complaint was filed for "improper purposes, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;" presents factual contentions that are false and have no evidentiary support or are not likely to have evidentiary support after investigation or discovery; and asserts claims against defendants that are factually and legally frivolous as fully set forth in defendants' motion for

summary judgment and for sanctions.

**PLEASE TAKE FURTHER NOTICE**, that opposition papers shall be served on or before May 5, 2023, with reply papers to follow on or before May 26, 2023, as per the directives of the Court.

Dated: Carle Place, New York
April 6, 2022

SOKOLOFF STERN LLP
*Attorneys for Defendants*

By: _____
Adam I. Kleinberg
Aaron T. Smallets
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No.: 190172

TO: Kevin P. Krupnick (via email and mail)
The Krupnick Firm PC
56 Hammond Road
Glen Cove, NY 11542