

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

December 19, 2023

**VIA ECF FILING**

Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

      Re: *Vlahopoulos v. Roslyn Union Free School Dist., et al.*
        Docket No. 21-cv-00063 (ARL)
        File No. 190172

Dear Magistrate Judge Lindsay:

  We represent the defendants in this matter which is before Your Honor for all purposes.

  We write on behalf of all parties to request that the Court extend the deadline to submit a joint pretrial order from January 2, 2024 to 30 days from a decision on the defendants' pending summary judgment motion which was fully briefed and submitted to the Court on May 26, 2023.

  This is our third request for an extension of the deadline to submit the joint pretrial order. Thank you for consideration of this matter.

           Respectfully submitted,

           **SOKOLOFF STERN LLP**

           Adam I. Kleinberg

cc: All counsel of record (via ECF)