**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ATHANASIOS VLAHOPOULOS,

        Plaintiff,

- against -                      **JUDGMENT**
                                          CV 21-63 (ARL)
ROSLYN UNION FREE SCHOOL DISTRICT,
SCOTT ANDREWS, CHRISTOPHER ROTH,

        Defendants.
---------------------------------------------------------X

        An Order of Honorable Arlene R. Lindsay, United States Magistrate Judge, having been filed on March 22, 2024, granting Defendants' motion for summary judgment and denying Defendants' motion for Rule 11 sanctions, it is

        **ORDERED AND ADJUDGED** that Plaintiff Athanasios Vlahopoulos take nothing of Defendants Roslyn Union Free School District, Scott Andrews, and Christopher Roth; that Defendants' motion for summary judgment is granted; that Defendant's motion for Rule 11 sanctions is denied; and that this case is closed.

Dated: March 22, 2024
       Central Islip, New York

                                                                         BRENNA B. MAHONEY
                                                                         CLERK OF COURT

                                                            BY:    /s/ JAMES J. TORITTO
                                                                            DEPUTY CLERK